UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL RIVERA,<br><br>    Plaintiff,<br><br>  v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>    Defendant. | No. 1:20-cv-01284<br><br>Hon. Lewis J. Liman |

**MOTION OF DEFENDANT, NAVIENT SOLUTIONS, LLC,
TO DISMISS PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that Defendant, Navient Solutions, LLC ("NSL"), hereby moves for the dismissal with prejudice of Plaintiff's Complaint under Federal Rule of Civil Procedure Rule 12(b)(6). In support of this Motion, NSL incorporates by reference the accompanying Memorandum of Law. A proposed Order is attached.

                 /s/ *Lijue T. Philip, LP0326*
                Eric M. Hurwitz (N.Y. Bar. No. 5310644)
                Lijue T. Philip (LP0326)
                STRADLEY RONON STEVENS & YOUNG, LLP
                A LIMITED LIABILITY LAW PARTNERSHIP LLP
                100 Park Avenue, Suite 2000
                New York, NY 10017
                T: (212) 812-4124
                F: (646) 682-7180
                E: ehurwitz@stradley.com; lphilip@stradley.com

                *Attorneys for Defendant, Navient Solutions, LLC*

DATED: April 28, 2020