**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL RIVERA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>　　　　　Defendant. | No. 1:20-cv-01284<br><br>Hon. Lewis J. Liman |

## ORDER

**THIS MATTER** having been opened by Defendant, Navient Solutions, LLC, on notice for an Order under Fed. R. Civ. P. 12(b)(6) granting the Motion of Defendant, Navient Solutions, LLC, to Dismiss Plaintiff's Complaint (the "Motion to Dismiss"), and upon consideration of the moving papers, response, and reply papers, and oral argument, if any, and for good cause shown:

**IT IS** on this _____ day of _____, 2020, **ORDERED** that the Motion to Dismiss is **GRANTED**; and

**IT IS** further **ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.**

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE