```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MIGUEL RIVERA,                                                       :
                                                                     :
                        Plaintiff,                                   :
                                                                     :          20-cv-1284 (LJL)
        -v-                                                          :
                                                                     :              ORDER
NAVIENT SOLUTIONS, LLC,                                              :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020

LEWIS J. LIMAN, United States District Judge:

On April 28, 2020, Defendant submitted a motion to dismiss the Complaint. *See* Dkt. No. 9. As discussed at the initial pretrial conference on May 22, 2020, it is hereby ORDERED that Plaintiff will submit his brief in opposition to Defendant's motion to dismiss by June 16, 2020, and Defendant will submit its reply brief in support of its motion to dismiss by July 7, 2020.

SO ORDERED.

Dated: May 22, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge