```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MIGUEL RIVERA,                                                 :
                                                               :
                          Plaintiff,                           :
                                                               :      20-cv-1284 (LJL)
            -v-                                                :
                                                               :         ORDER
NAVIENT SOLUTIONS, LLC,                                        :
                                                               :
                          Defendant.                           :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2021

LEWIS J. LIMAN, United States District Judge:

A conference is scheduled for January 8, 2021 at 5:00 p.m. to discuss the parties' letters at Dkt. Nos. 24 and 25. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

SO ORDERED.

Dated: January 4, 2021
       New York, New York
                                            _____
                                            LEWIS J. LIMAN
                                            United States District Judge