```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MIGUEL RIVERA,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :         20-cv-1284 (LJL)
                -v-                                               :
                                                                  :            ORDER
NAVIENT SOLUTIONS, LLC,                                           :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021

LEWIS J. LIMAN, United States District Judge:

For the reasons stated on the record at the January 8, 2021 conference, Plaintiff's motion at Dkt. No. 24 is GRANTED.  The Court will refer the parties to the Magistrate Judge for settlement by separate order.

SO ORDERED.

Dated: January 11, 2021
       New York, New York                    _____
                                                     LEWIS J. LIMAN
                                                United States District Judge