USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIGUEL RIVERA,
                Plaintiff,
    -against-

NAVIENT SOLUTIONS, LLC,
                Defendant.
-----------------------------------------------------------X

20 CIVIL 1284

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 7, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff and Defendant have stipulated that this action is dismissed with prejudice. Each party shall bear their own attorneys' fees, costs, and expenses. Judgment is hereby entered.

**Dated:** New York, New York
         April 7, 2021

                                        RUBY J. KRAJICK
                                          Clerk of Court
BY:
                                          Deputy Clerk